

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2017

No. 04-17-00732-CR

**IN RE Michael Joseph GRIFFITH**

Original Mandamus Proceeding[1]

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

On November 3, 2017, Relator Michael Joseph Griffith filed a petition for writ of mandamus, complaining of the trial court's refusal to rule on his "Motion for Appointment of Attorney and the Granting of an Evidentiary Hearing." The State filed a reply. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b); *see also Padieu v. Court of Appeals of Tx., Fifth Dist.*, 392 S.W.3d 115, 117-18 (Tex. Crim. App. 2013). **The respondent may file a response to the petition for writ of mandamus in this court no later than December 4, 2017.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on November 17, 2017.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 4285-91 and 4286-91, styled *State of Texas v. Michael Joseph Griffith*, formerly pending in the 198th Judicial District Court, Mason County, Texas. Relator's motion was filed in the 452nd District Court, Mason County, Texas, the Honorable Robert Rey Hofmann presiding.